UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Van De Velde,

                  Plaintiff,

    -against-

Bank of America Corp., et al.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11 Civ. 6120 (GBD)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 30 2011

GEORGE B. DANIELS, District Judge:

    Defendants shall have until January 26, 2012 to answer or otherwise respond to

Plaintiff's Class Action Complaint.

Dated: November 29, 2011
       New York, New York

                                              SO ORDERED:

                                              *[signature: George B. Daniels]*

                                              GEORGE B. DANIELS
                                              United States District Judge